No. 3643.—J. BADEAUX v. E. W. BLAKE.

If the amount involved does not exceed five hundred dollars, exclusive of interest, the district courts for the State are without jurisdiction. Constitution, art. 85. A suit for an amount less than five hundred dollars was therefore properly dismissed for want of jurisdiction, although the accrued interest when added to the principal exceeded that sum.

APPEAL from the Fifteenth Judicial District Court, parish of Lafourche. *Thomas P. Sherburne*, Judge *ad hoc*. *Isaiah D. Moore*, for plaintiff and appellant. *F. S. & J. S. Goode, Louis Bush, Louis Guion* and *A. F. & Clay Knobloch*, for defendant and appellee.

HOWELL, J. The defendant is sued as indorser for the sum of $811 78, it being the amount of a note for $413 37, and accrued interest. He pleaded to the jurisdiction of the court, and plaintiff has appealed from the judgment sustaining the plea.

Article 85 of the constitution provides that, "the original jurisdiction of the district court extends to all civil cases when the amount in dispute exceeds five hundred dollars, *exclusive of interest*."

The amount in dispute in this suit, exclusive of interest, does not exceed five hundred dollars, and hence the district court is not vested with jurisdiction. See 22 An. 459. The above language of the constitution is plain and unequivocal. The question before us is not whether the parish court may or may not have jurisdiction of the case, but whether the district court had. It is clear it had not.

Judgment affirmed.

Rehearing refused.